**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                          CHAPTER 7 CASE
MOERSFELDER  AND ASSOCIATES LTD.
                                                CASE NO. 07-07580 SHJ

                                                JUDGE John H. Squires

                        Debtor(s)

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final
        Report and final applications for compensation.  A hearing will be held.

                At:     U.S. BANKRUPTCY COURT
                        219 SOUTH DEARBORN, COURTROOM 680
                        CHICAGO, ILLINOIS 60604

                on:     **June 23, 2009**
                at:     **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on
        applications for compensation and expenses and any objections to the pending applications and
        transacting such other business as may be properly noticed before the Court. ATTENDANCE BY
        THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

        a.  Receipts                          $            23,888.86

        b.  Disbursements                     $             7,140.43

        c.  Net Cash Available for Distribution $          16,748.43

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

|  | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Applicant | | | |
| GLENN R. HEYMAN | 0.00 | $3,138.89 | |
| (Trustee Fees) | | | |

| Clerk of U.S. Bankruptcy Court (US Bankruptcy Court ) | 0.00 | | $250.00 |
|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $7,630.50 | |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | | $122.34 |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $1,483.50 | |

5.        In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,900.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 18.83%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | United States Treasury (Federal W/H) | 4,467.60 | 841.13 |
| | United States Treasury (FICA) | 1,357.80 | 255.64 |
| | United States Treasury (Medicare) | 317.56 | 59.79 |
| | Illinois Dept. of Revenue (State W/H) | 657.00 | 123.70 |
| 4 | Rose Ann Moersfelder | 7,550.02 | 1,421.47 |
| 5 | Alan Moersfelder | 7,550.02 | 1,421.47 |

6.        Claims of general unsecured creditors totaling $438,916.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment | |
|---|---|---|---|---|---|
| 1 | Commonwealth Edison | $ | 269.10 | $ | 0.00 |
| 3 | Sievert Electric Service and Sales Company | $ | 110,348.57 | $ | 0.00 |
| 6 | Commonwealth Edison | $ | 269.10 | $ | 0.00 |
| 7 | Ogletree, Deakins, Nash, Smoek | $ | 44,289.68 | $ | 0.00 |
| 8 | General Electric Capital Corp | $ | 3,922.40 | $ | 0.00 |
| 9 | Advanta Bank Corp | $ | 8,192.81 | $ | 0.00 |
| 10 | Westmont Engineering Company | $ | 271,358.35 | $ | 0.00 |
| 11 | Verizon Wireless Midwest | $ | 266.76 | $ | 0.00 |

7.        Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has not been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:Security deposit, Mechanic's lien, unpaid contract Jay's Foods, Inc., Office equipment, inventory, miscellaneous tools.


Dated:  **May 19, 2009**                              For the Court,


                                                    By:**KENNETH S. GARDNER**
                                                       Kenneth S. Gardner
                                                       Clerk of the United States Bankruptcy Court
                                                       219 S. Dearborn Street; 7th Floor
                                                       Chicago, IL  60604


Trustee:   GLENN R. HEYMAN
Address:   135 S. LaSalle Street, #3705
           Chicago, IL  60603
Phone No.: (312) 641-6777