**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MOERSFELDER AND ASSOCIATES LTD.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-07580 SHJ<br><br>JUDGE John H. Squires |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          219 SOUTH DEARBORN, COURTROOM 680
          CHICAGO, ILLINOIS 60604

    on:   **June 23, 2009**
    at:   **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $        23,888.86

    b. Disbursements                         $         7,140.43

    c. Net Cash Available for Distribution   $        16,748.43

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $3,138.89 | |

| | | |
|---|---|---|
| Clerk of U.S. Bankruptcy Court (US Bankruptcy Court ) | 0.00 | $250.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $7,630.50 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $122.34 |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $1,483.50 |

5.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,900.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 18.83%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | United States Treasury (Federal W/H) | 4,467.60 | 841.13 |
| | United States Treasury (FICA) | 1,357.80 | 255.64 |
| | United States Treasury (Medicare) | 317.56 | 59.79 |
| | Illinois Dept. of Revenue (State W/H) | 657.00 | 123.70 |
| 4 | Rose Ann Moersfelder | 7,550.02 | 1,421.47 |
| 5 | Alan Moersfelder | 7,550.02 | 1,421.47 |

6.  Claims of general unsecured creditors totaling $438,916.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Commonwealth Edison | $ 269.10 | $ 0.00 |
| 3 | Sievert Electric Service and Sales Company | $ 110,348.57 | $ 0.00 |
| 6 | Commonwealth Edison | $ 269.10 | $ 0.00 |
| 7 | Ogletree, Deakins, Nash, Smoek | $ 44,289.68 | $ 0.00 |
| 8 | General Electric Capital Corp | $ 3,922.40 | $ 0.00 |
| 9 | Advanta Bank Corp | $ 8,192.81 | $ 0.00 |
| 10 | Westmont Engineering Company | $ 271,358.35 | $ 0.00 |
| 11 | Verizon Wireless Midwest | $ 266.76 | $ 0.00 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing: Security deposit, Mechanic's lien, unpaid contract Jay's Foods, Inc., Office equipment, inventory, miscellaneous tools.

Dated: **May 19, 2009**                For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: GLENN R. HEYMAN
Address: 135 S. LaSalle Street, #3705
Chicago, IL 60603
Phone No.: (312) 641-6777

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: May 19, 2009
Case: 07-07580                Form ID: pdf002             Total Served: 37

The following entities were served by first class mail on May 21, 2009.
db           +Moersfelder and Associates, Ltd.,   P. O. Box 808,   Arlington Heights, IL 60006-0808
aty          +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
tr           +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
11329091      AT&T,   P. O. Box 8100,   Aurora, IL 60507-8100
11720210      Advanta Bank Corp,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11329089      Advanta Bank Corp.,   P. O. Box 8088,   Philadelphia, PA 19101-8088
11329090     +Alan Moersfelder,   2542 North Ridge Avenue,   Arlington Heights, IL 60004-2457
11329092     +Bill Skarzynski,   1210 Waltham Lane,   Bartlett, IL 60103-1625
11329093     +Bruce G. Thill,   117 West Slade Street,   Suite 201,   Palatine, IL 60067-5065
11329095     +Compass Mechanical,   601 SidwellCourt,   Unit C,   Saint Charles, IL 60174-3415
11329096     +Corporate Facilities Services,   955 N. Plum Grove Road,   Suite A,   Schaumburg, IL 60173-4784
11329097      First Midwest Bank,   P. O. Box 580,   Joliet, IL 60434-0580
11329098      GE Capital,   P. O. Box 740423,   Atlanta, GA 30374-0423
11392049     +GE Capital,   1010 Thomas Edison Blvd SW,   Cedar Rapids IA 52404-8247
11673324     +General Electric Capital Corp,   1010 Thomas Edison BLVD SW,   Cedar Rapids, IA 52404-8247
11329099     +Harris, N.A.,   P. O. Box 6201,   Carol Stream, IL 60197-6201
11329100      Home Depot Co.,   Dept. 32 - 2002966367,   P. O. Box 6029,   The Lakes, NV 88901-6029
11329101     +Jani-King,   1701 E. Woodfield Road,   Unit 1100,   Schaumburg, IL 60173-5156
11329102     +Jim Hall,   462 Debra Street,   Des Plaines, IL 60016-2613
11329103     +Joe Fracasso,   608 Euclid Avenue,   Elmhurst, IL 60126-4336
11329104     +Jonathan B. Gilbert,   P. O. Box 5323,   River Forest, IL 60305-5323
11329105      Manufacturers News, Inc.,   1633 Central Street,   Evanston, IL 60201-1569
11329106     +McCauley Mechanical,   8787 South 78th Avenue,   Bridgeview, IL 60455-1862
11329107     +McGuire Electric,   1050 Ensell Road,   Unit 182,   Lake Zurich, IL 60047-6717
11329109     +Ogletree, Deakins, Nash, Smoek,   Adm Ofc/918 S. Pleasantburg Dr.,   P. O. Box 167,
               Greenville, SC 29602-0167
11329110     +R.H. Donnelley,   8519 Innovation Way,   Chicago, IL 60682-0085
11329111     +Raffin Construction Company,   382 East 116th Street,   Chicago, IL 60628-5602
11329112     +Rose Ann Moersfelder,   2542 North Ridge Avenue,   Arlington Heights, IL 60004-2457
11588083      Sievert Electric Service,   and Sales Company,   Jonathan B Gilbert,   PO Box 5323,
               River Forest, IL 60305-5323
11329113     +Sievert Electric Service and Sales,   1230 South Hannah Avenue,   Forest Park, IL 60130-2400
11329114      Steiner Electric Co.,   2665 Paysphere Circle,   Chicago, IL 60674-0026
11329115      The Hartford,   P. O. Box 2907,   Hartford, CT 06104-2907
11329117     +Westmont Engineering Company,   Robert Dawidiuk,   the Collins Law Firm,   1770 N Park Ste 200,
               Naperville IL 60563-5432
The following entities were served by electronic transmission on May 20, 2009.
11329094      E-mail/Text: brandy.glashin@comed.com                             Commonwealth Edison,
               Bill Payment Center,   Chicago, IL 60668-0001
11329108      E-mail/Text: bankrup@nicor.com                                    Nicor,   P. O. Box 2020,
               Aurora, IL 60507-2020
11329116     +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 20 2009 02:03:31      Verizon Wireless,
               777 Big Timber Road,   Elgin, IL 60123-1401
11771033     +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 20 2009 02:03:32
               Verizon Wireless Midwest,   AFNI/Verizon Wireless,   P O Box 3397,   Bloomington, IL 61702-3397
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 21, 2009**          **Signature:** *Joseph Speetjens*